UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES F. ZETTNER, et al.,

    Plaintiffs,

    v.

BUFFALO PUMPS, INC., et al.,

    Defendant.
_____/

No. C 06-5905 PJH

**ORDER GRANTING DEFENDANT'S MOTION TO STAY ACTION PENDING DECISION ON TRANSFER**

    The Judicial Panel on Multidistrict Litigation having issued a conditional transfer order in the above-entitled action, the court finds that the motion of defendant General Electric Company to stay all proceedings pending a decision on transfer should be GRANTED.

    Accordingly, the action is STAYED. The date for the hearing on defendant's motion to stay and plaintiffs' motion to remand, previously set for Wednesday, November 29, 2006, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 8, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge