C. ANDREW WATERS, ESQ. CA Bar No. 147259
MICHAEL L. ARMITAGE, ESQ. CA Bar No. 152740
CHARLES S. SIEGEL, ESQ. TX Bar No. 18341875 (Admitted Pro Hac Vice)
WATERS & KRAUS, LLP
300 N. Continental Blvd., Ste. 500
El Segundo, California 90245
Tel.: (310) 414-8146
Fax: (310) 414-8156

JEFFREY A. KAISER, CA Bar No.160594
LEVIN SIMES KAISER & GORNICK LLP
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Tel.: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES F. ZETTNER and JUDY J. ZETTNER,<br><br>Plaintiffs,<br><br>vs.<br><br>BUFFALO PUMPS, INC., *et al.*,<br><br>Defendants. | Case No.   C 06-05905 PJH<br><br>(State Court Case No. CGC-06-451024)<br><br>**JOINT STIPULATION TO LIFT STAY AND FOR REMAND PURSUANT TO SETTLEMENT**<br>[Local Rule 7.1 (a) (5)] |

Come now Plaintiffs, CHARLES F. ZETTNER and JUDY J. ZETTNER, and removing Defendant GENERAL ELECTRIC COMPANY, file their Joint Stipulation Motion to Lift Stay and For Remand Pursuant to Settlement and Local Rule 7.1(a) (5) as follows:

WHEREAS, Defendant, GENERAL ELECTRIC COMPANY removed this case to Federal Court on September 25, 2006, in order to seek a federal forum for its unique federal contractor defenses.

WHEREAS, Defendant, GENERAL ELECTRIC COMPANY was the sole removing

- 1 -

1 | Defendant and no other defendant joined in removing this case to Federal Court.

2 | WHEREAS, Plaintiffs filed a timely Motion for Remand, which was set for hearing on
3 | November 29, 2006.

4 | WHEREAS, on November 8, 2006, this Court issued an Order staying the case pending
5 | transfer to MDL – 875, the Federal asbestos multidistrict litigation proceeding in the United States
6 | District Court for the Eastern District of Pennsylvania.

7 | WHEREAS, Plaintiffs and GENERAL ELECTRIC COMPANY, the affected parties, have
8 | now reached a settlement of Plaintiffs' claims and desire the case to be remanded to state court.
9 | GENERAL ELECTRIC COMPANY'S desire for a federal forum is now moot given the parties
10 | resolution of Plaintiffs' claims against it.

11 | WHEREAS, an MDL Panel Session is scheduled in this matter for hearing on January 25,
12 | 2007, to decide whether this matter should be transferred to the MDL .

13 | WHEREAS, Plaintiffs and GENERAL ELECTRIC COMPANY seek to have the stay lifted
14 | and the matter remanded in advance of the date of the MDL Panel Session in order to avoid needless
15 | expenditure of the MDL's judicial resources, and therefore request that this stipulation be handled by
16 | expedited process.

17 | IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and GENERAL ELECTRIC
18 | COMPANY, that the stay be lifted and the case remanded to State Court forthwith.

19
20
21 | DATED: January 10, 2007                     WATERS & KRAUS LLP
22
                                          By: _____
23                                              Michael Armitage
                                               Attorneys for Plaintiffs
24

25 | DATED: January 10, 2007                    SEDGWICK DETERT MORAN & ARNOLD
26
                                          By: _____
27                                              Charles T. Sheldon, Esq.
                                               Attorneys for Defendant
28                                             GENERAL ELECTRIC COMPANY

- 2 -

JOINT STIPULATION AND MOTION TO LIFT STAY AND FOR REMAND PURSUANT TO SETTLEMENT

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED

3

4  Dated: January 11, 2007            By: _____



- 3 -

JOINT STIPULATION AND MOTION TO LIFT STAY AND FOR REMAND PURSUANT TO SETTLEMENT