**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES F. ZETTNER and
JUDY J. ZETTNER,

              Plaintiff(s),

    v.

BUFFALO PUMPS INC., et al.,

              Defendant(s).

_____/

No. C 06-5905 PJH

**ORDER REMANDING CASE
TO STATE COURT**

      Pursuant to the stipulation of the parties and in view of their settlement, this case is remanded to the San Francisco Superior Court.  The clerk shall close the file.

      **IT IS SO ORDERED.**

Dated: January 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge